# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1645
_____

S. L., Mother of W.R. and E.T.
a/k/a E.L., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.

August 29, 2019


PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marci Silver, Assistant Regional Conflict Counsel, Tallahassee; Crystal McBee Frusciante, Sunrise, for Appellant.

Kristen K. Erickson, Florida Statewide Guardian ad Litem Office, West Palm Beach; Thomasina F. Moore, Florida Statewide Guardian ad Litem Office, Tallahassee; Ward L. Metzger, Department of Children and Families, Jacksonville, for Appellee.